**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**                          **CR-09-608-R**

Defendant **TRANSPORTADORA MARITIMA DE BAJA CALIFORNIA NA DE CV**

S.Sec.#   N/A

Residence:   N/A                              Mailing: SAME

----------------------------------------------------------------------
**JUDGMENT AND PROBATION/COMMITMENT ORDER**
----------------------------------------------------------------------

In the presence of the attorney for the government, the defendant appeared in person, on: NOVEMBER 18, 2009
                          Month / Day / Year

COUNSEL:
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
  XX   WITH COUNSEL Marc Greenberg, retained

_X_ PLEA:
   XX  GUILTY, and the Court being satisfied that there is a factual basis for the plea.
       NOLO CONTENDERE            NOT GUILTY

FINDING:
There being a finding of _____ GUILTY, defendant has been convicted as charged of the offense(s) of: Knowing discharge of oil into waters of the United States in violation of Title 33 USC 1321(b)(3) and 1319(c)(2) as charged in count one; Making a false statement in violation of Title 18 USC 1001(a)(2) as charged in count two; and Failing to maintain an accurate Oil Record Book in violation of Title 33 USC 1908(a), 33 CFR 151.25(a),(d) and (h) as charged in count three, of the information.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court that

   IT IS ADJUDGED that defendant is placed on a term of organizational probation for five (5) years under the following terms and conditions: the corporate defendant 1) shall pay a total criminal fine of $500,000.00 as to counts 1, 2, and 3 of the information based on the statutory penalties set forth in the plea agreement, with $250,000.00 of that fine to be suspended for use in community service projects and restitution as set forth below in this judgment. Defendant shall pay both the fine and community service portion of the suspended fine as directed by the Court or the U.S. Probation Office during the period of probation. After three (3) years of probation have expired, and the total criminal fine of $500,000.00 has been paid as directed herein, probation may be terminated in this matter by way of a report by the Probation Officer and Request for Early Termination, and Order of the

-- GO TO PAGE TWO --                                    WH
                                                    Deputy Clerk

**U.S.A. V. TRANSPORTADORA MARITIMA DE BAJA CALIF. SA DE CV**
**CR 09-608-R**

-- CONTINUED FROM PAGE ONE --                                    PAGE TWO
================================================================
## JUDGMENT AND PROBATION/COMMITMENT ORDER
================================================================

Court granting early termination of probation.  The $500,000.00 to be paid pursuant to this judgment (and any additional criminal fine, if any, imposed for any violation of these terms of probation) constitutes the maximum penalty which shall be imposed, regardless of whether or in what manner the Court, through the Probation Office, decides to allocate any portion of that sum towards community service projects; 2) defendant shall commit no further violations of federal, state, or local law and shall conduct all its operations in accordance with the MARPOL Protocol; 3) in the event that the defendant, at any time during the period of probation, owns or operates vessels in the Waters of the United States, defendant agrees to develop and implement an Environmental Compliance Program (ECP) that consists of the following requirements: defendant shall hire an independent surveyor/auditor who will audit any vessel owned and operated by defendant that calls within the United States for compliance with MARPOL at least once per year during each of the years of probation.  The surveyor/auditor's report for each qualifying, MARPOL-regulated vessel will be sent to the company, and within 15 days of such receipt the company will forward it to the United States Attorneys Office for review, along with an explanation of how any observed deficiencies were addressed by defendant.  The first survey shall be conducted with 90 days of the date of sentencing; 4) defendant agrees that during the period of probation, and at all reasonable times and with as reasonable prior notice to the United States Coast Guard and United States Environmental Protection Agency (US EPA) as practicable, it will provide the Coast Guard and US EPA with full access to its vessels, as well as all facilities, employees, and records that are relevant to monitoring compliance with the terms and conditions of the ECP; 5) if defendant changes its name, the renamed company shall be obliged to meet all obligations of defendant as enumerated in this judgment.  If defendant merges with another company through a stock or asset purchase, the newly-created or merged company shall be obliged to meet all the obligations of defendant under this judgment with regard to those vessels managed by defendant at the date of the merger; 6) as during the period of probation the number and identity of vessels managed by defendant may increase or decrease, any vessel the management of which is assumed by defendant and which calls in the United States shall be included within the scope of its ECP; any vessel removed from management by defendant or which stops calling in the United States shall be excluded from the scope of its ECP annual survey requirement; 7) defendant agrees to pay the special assessment, fine and restitution

-- GO TO PAGE THREE --                                        ____WH_____
                                                                 Deputy Clerk

**U.S.A. V. TRANSPORTADORA MARITIMA DE BAJA CALIF. SA DE CV**

CR 09-608-R

Case 2:09-cr-00608-R   Document 18   Filed 11/19/09   Page 3 of 7   Page ID #:72

-- CONTINUED FROM PAGE TWO --                           PAGE THREE
================================================================
                JUDGMENT AND PROBATION/COMMITMENT ORDER
================================================================
in accordance with the dictates ordered in this judgment.

    IT IS FURTHER ORDERED that defendant pay a special assessment of $1,200.00, which is due immediately.

    IT IS FURTHER ORDERED that $242,097.14 of that total fine of $500,000.00 to the United States is suspended for use in performing community service pursuant to USSG 8B1.3 and in furtherance of the sentencing principles provided for under 18 USC 3553(a); the explicit goal of defendant's community service shall be to fund environmental and public safety projects and initiatives designed for the benefit, preservation, and restoration of the environment and marine ecosystems in the Central District of California, including those dependent on or impacting the waters along the counties of Los Angeles, Orange, Ventura, Santa Barbara, and San Luis Obispo, as well as those along the Channel Islands National Park; these projects and initiatives include, but are not limited to, monitoring, study, restoration and preservation of fish, wildlife and plant resources; monitoring, study, clean up, remediation, sampling and analysis of pollution and other threats to the environment and ecosystem; research, study, planning, repair, maintenance, education, and public outreach relating to the environmental and wildlife protection laws. Accordingly, Defendant shall pay a total of $242,097.14, as directed by the Probation Officer, by depositing said sum with the National Park Foundation to be placed in the Channel Islands Law Enforcement Fund (RCISG) for the Channel Islands National Park headquartered in Ventura, California, to be used for the acquisition, operation and/or maintenance of patrol boats or other law enforcement equipment and personnel dedicated to the enforcement of public safety regulations, environmental protection regulations, and living marine resource conservation regulations within park waters and Marine Protected Areas; further, because the payments to the agencies are community service by an organization, defendant shall not seek any reduction in its tax obligations as a result of such community service payment, and defendant shall not characterize, publicize, or refer to the payment as anything other than a community service payment made as a condition of probation incidental to a criminal conviction.


-- GO TO PAGE FOUR --                          _____WH_____
                                                      Deputy Clerk


U.S.A. V. TRANSPORTADORA MARITIMA DE BAJA CALIF. SA DE CV
CR 09-608-R
-- CONTINUED FROM PAGE THREE --                          PAGE FOUR

**JUDGMENT AND PROBATION/COMMITMENT ORDER**
==============================================================

    IT IS FURTHER ORDERED that defendant shall pay restitution, to be paid within seven (7) days of sentencing, to the victims of the offense, The United States Coast Guard, for costs incurred in responding to, sampling for, analyzing, and investigating the violations at issue in this matter, in the amount of $7,902.86. The restitution payment shall be made payable to 'U.S. Coast Guard' with 'FPN A07014-001-09' written in the memo/note portion of the check. The payment shall be mailed to the U.S. Coast Guard - Oil Pollution, RE: FPN A07014-001-09, P.O. Box 70959, Charlotte, North Carolina 28272-0959.

    IT IS FURTHER ORDERED any underlying complaint as to this defendant is dismissed.

    IT IS FURTHER ORDERED that the bond of the defendant, if any, is exonerated.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed.  the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.


Signed by:   District Judge  _____
                             **MANUEL L. REAL**


It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                Terry Nafisi, Clerk of Court

Dated/Filed _November 19, 2009_        By_____/S/_____
           Month / Day / Year          William Horrell, Deputy Clerk

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

---

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

☐ The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution- pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

**SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE**

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

**RETURN**

I have executed the within Judgment and Commitment as follows:

| | | |
|---|---|---|
| Defendant delivered on | | |
| Defendant noted on appeal on | | |
| Defendant released on | | |
| Mandate issued on | | |
| Defendant's appeal determined on | | |
| Defendant delivered on | | to |

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By

_____   _____
Date                Deputy Marshal

**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By

_____   _____
Filed Date          Deputy Clerk

---

**FOR U.S. PROBATION OFFICE USE ONLY**

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_(Signed)_____        _____
Defendant                        Date


_____                  _____
U. S. Probation Officer/Designated Witness        Date

Case 2:09-cr-00608-R   Document 18   Filed 11/19/09   Page 7 of 7   Page ID #:76